FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DEFENDANTCOURT
# CENTRAL DEFENDANTOF CALIFORNIA

| | |
|---|---|
| B.S. | CASE NO.: SACV-08-0672 AG (MLGx) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| ANAHEIM CITY SCHOOL DISTRICT, | |
| Defendant. | |

The Stipulation for Dismissal is granted and the Court hereby DISMISSES the above captioned case with prejudice.

IT IS SO ORDERED.

DATED: 5/8/09

_____
Judge Andrew J. Guilford

-1-
[PROPOSED] ORDER OF DISMISSAL